

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
PROBATION OFFICE

# MEMORANDUM

October 11, 2007

*2:07CM 1369-MHT*

**TO:** U.S. DISTRICT JUDGE *Myron Thompson*

**FROM:** DAPHNE P. WILLCOX
U. S. PROBATION OFFICER

**RE:** PAUL BRANDON SWEATT
DKT.#: 3:02cr103-004

*RECEIVED 2007 OCT 15 A 11: 25*

**COURT HISTORY:** After pleading guilty to conspiracy to possess with intent to distribute 500 grams or more of cocaine, the above-referenced individual was sentenced in the Northern District of Florida, to 24 months custody followed by a four year supervised release term.

**SUPERVISION HISTORY:** The offender's supervised release term began on January 19, 2005. He was released from prison to the Middle District of Alabama, and initially lived with with his sister in Montgomery, Alabama. After reuniting with his wife, the couple and their children moved into a different residence, also owned by the offender's sister. Beginning in July 2007, Sweatt and his family moved to an apartment in Prattville, Alabama.

The offender is gainfully employed as a waiter at the Bonefish Grill in Montgomery. He has had two positive drug screens since beginning supervision, once for marijuana and once for cocaine. A special condition requiring six months of home confinement / electronic monitoring was added after the second positive drug screen. On October 10, 2007, Sweatt was arrested for driving under the influence of alcohol. The probation officer intends to request another modification to the conditions of supervision and ask that he be place back on home confinement / electronic monitoring in addition to requiring him to attend a Victim Impact Panel sponsored by Mother's Against Drunk Drivers. (Sweatt maintains that he does not have an alcohol problem and that he had two beers after work on the date he was arrested.)

**RECOMMENDATION:** Paul Brandon Sweatt intends to reside in the Middle District of Alabama, for his entire supervision term. Therefore, it is respectfully requested that jurisdiction of his case be transferred to this district. If the Court concurs with this request, please sign Part 2 of the attached Probation Forms 22, and return to the probation office.

Respectfully submitted,

Daphne P. Willcox
United States Probation Officer

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 3:02cr103-004/LAC |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: PAUL BRANDON SWEATT a/k/a Brandy | DISTRICT Florida Northern | DIVISION Pensacola, FL |
|---|---|---|
| | NAME OF SENTENCING JUDGE Lacey A. Collier, Senior U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 01/19/05   TO 01/18/09 |

OFFENSE

Conspiracy to Possess with Intent to Distribute 500 Grams or More of Cocaine, 21 U.S.C. §§ 841(a)(1)(b)(1)(B)(ii) and 846

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Alabama upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

*16 July 07*
Date

*/s/ LA Collier*
Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/17/2007
Effective Date

*/s/*
United States District Judge